**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

FILED

JUL 2 5 2013

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

**INDICTMENT FOR FALSE REPRESENTATION OF A
SOCIAL SECURITY NUMBER AND MAKING A FALSE
CLAIM OF CITIZENSHIP WITH INTENT TO ENGAGE
UNLAWFULLY IN EMPLOYMENT IN THE UNITED STATES**

UNITED STATES OF AMERICA             :
                                     :       CRIMINAL NO. 13- 100- BAJ-SCR
        *versus*                     :
                                     :       42 U.S.C. § 408(a)(7)(B)
ELDER ANTONIO FRANCO-MEDRANO         :       18 U.S.C. § 1015(e)


**THE GRAND JURY CHARGES**:

### COUNT ONE

On or about July 2, 2009, in the Middle District of Louisiana, **ELDER ANTONIO FRANCO-MEDRANO**, the defendant herein, for the purpose of obtaining employment, knowingly and with intent to deceive, did represent falsely social security number XXX-XX-5160 to be the social security number assigned to him by the Commissioner of Social Security, when, in fact, as defendant well knew, said social security number had not been assigned to him by the Commissioner of Social Security.

The above is a violation of Title 42, United States Code, Section 408(a)(7)(B).

### COUNT TWO

On or about July 2, 2009, in the Middle District of Louisiana, **ELDER ANTONIO FRANCO-MEDRANO,** the defendant herein, in completing a Transportation Worker Identification Credential ("TWIC") Disclosure and Certification in connection with an application for employment, did knowingly make a false statement and claim that the defendant was a citizen of the United States, with intent to engage unlawfully in employment

Stevens
USM
USA
USPO

in the United States, when, in fact, as the defendant well knew, he was not a citizen of the

United States.

The above is a violation of Title 18, United States Code, Section 1015(e).

UNITED STATES OF AMERICA, by        **A TRUE BILL**

J. WALTER GREEN
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

GRAND JURY FOREPERSON

ALAN A. STEVENS
ASSISTANT U.S. ATTORNEY

7-25-2013

DATE

**Criminal Cover Sheet**                                    **U.S. District Court**

**Place of Offense**:                          **Matter to be sealed**:   _X_  **No**      Yes

City          Baton Rouge, LA          **Related Case Information**:

County/Parish:  ___EBR___          Superseding Indictment _____   Docket Number _____
                                   Same Defendant _____   New Defendant  ___X___
          *Investigating Agency  ICE      Magistrate Case Number  _____
          *SA    Amanda Smith          Search Warrant Case No.   _____
                                   R 20/ R 40 from District of   _____
                                   **Any Other Related Cases**:   _____

**Defendant Information**:
Defendant Name     Elder Antonio Franco-Medrano
Alias:

**U.S. Attorney Information**:
AUSA          Alan A. Stevens                    Bar #


**Interpreter**: ☒ No ☐ Yes          **List language and/or dialect**:

**Location Status**:

Arrest Date     _____

_____  Already in Federal Custody as of   _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

**Total # of Counts**: ____2____      ☐ Petty      X Misdemeanor      Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  42:408(a)(7)(B) | False Representation of a Social Security Number | 1 |
| set 2  18:1015(e) | Making a False Claim of Citizenship With Intent To Engage Unlawfully in Employment in the United States | 2 |
| set 3 _____ | _____ | _____ |
| set 4 _____ | _____ | _____ |

(May be continued on second sheet)

**Date**: ___7/23/13___          **Signature of AUSA**: _____

**District Court Case Number (To be filled in by deputy clerk)**: _____